# UNITED STATES DISTRICT COURT
## District of Minnesota

Alexis Alejandro Guerrero-Tarrios,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, and Joel Brott,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01856-NEB-DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

b. ORDERS that Respondents release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel [Kevin Velasquez: phone (507-344- 9354); email (kvelasquez@blethenberens.com)], but not later than 24 hours after entry of this Order;

c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects, including all personal property seized during Petitioner's arrest such as, but not limited to, immigration paperwork;

d. ENJOINS Respondents from imposing any new conditions on Petitioner's release;

e. ORDERS that, within four days of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred; and

f. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to

Compliance with this Order. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Date: 3/19/2026 KATE M. FOGARTY, CLERK